# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00287-CV

**Harold F. Cook and Sharon E. Cook, Appellants**

**v.**

**Daniel M. Grant and Daniel M. Grant, P.C., Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-13-007224, HONORABLE J. DAVID PHILIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to set aside the trial court's judgment without regard to the merits and remand to the trial court. They state that the parties have reached an agreement. They also request that the mandate be issued immediately and that the costs on appeal be taxed against the party incurring same. We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We also order the Clerk of this Court to issue mandate immediately. *See id*. R. 18.1(c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Vacated and Remanded on Joint Motion

Filed:   August 28, 2014